F. Fred Fredel, Appellant, v. Charles S. Greene et al., Respondents.

Submitted May 16, 1951; decided June 1, 1951.

*David Bergner* for appellant.

*Benjamin E. Alter, Edith H. Kunen, Garry G. Blaustein* and *John A. Viggiano* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.